IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, | |
| Plaintiff, | No. C 07-02362 JSW |
| v. | **ORDER REQUIRING RESPONSE AND SETTING HEARING ON EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| SHAPY INTERNATIONAL, | |
| Defendant. | |

The Court has received Plaintiff's *ex parte* application for a Temporary Restraining Order. Having reviewed Plaintiff's moving papers, and in light of the fact that Plaintiff has provided notice to the Defendant, Defendant is HEREBY ORDERED to file and serve a response to Plaintiff's application by no later than 1:00 p.m. on **Thursday May 3, 2007**, and to hand deliver a copy of the response to Chambers at that time. The parties are HEREBY ORDERED to appear for a hearing on Plaintiff's application at 9:00 a.m. on **Friday, May 4, 2007.** The parties shall be prepared to discuss an appropriate bond at the hearing, in the event Plaintiff's application is granted.

Plaintiff is FURTHER ORDERED to serve a copy of this Order on Defendant by no later than 4:30 p.m. on May 2, 2007, and file proof of such service with the Court.

**IT IS SO ORDERED.**

Dated: May 2, 2004

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE