1  Scott D. Baker (SBN 84923)
   Email: sbaker@reedsmith.com
2  Jonah D. Mitchell (SBN 203511)
   Email: jmitchell@reedsmith.com
3  Alison B. Riddell (SBN 246120)
   Email: ariddell@reedsmith.com
4  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
5  San Francisco, CA 94111-3922

6  **Mailing Address:**
   P.O. Box 7936
7  San Francisco, CA 94120-7936

8  Telephone:   415.543.8700
   Facsimile:   415.391.8269
9
   Attorneys for Plaintiff
10 Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHAPY INTERNATIONAL, INC., a California Corporation,<br><br>Defendant. | Case No. : C07-002362 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE FOR ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

No.: C07-002362 JSW

1      The parties, by and through their undersigned counsel of record, hereby stipulate to modify the schedule for the Order to Show Cause For Preliminary Injunction set forth in the May 3, 2007 May 3, 2007 Stipulation and Order Re Temporary Restraining Order and Order to Show Cause For Preliminary Injunction. The parties seek to modify the schedule to accommodate a conflict in Plaintiff's counsel's schedule. Accordingly, the parties hereby stipulate as follows:

     1. The deadline for Clear Channel to file and serve on Shapy's counsel its Reply Memorandum and affidavits in support of the Order to Show Cause Re Preliminary Injunction shall be extended from May 25, 2007 to June 4, 2007.

     2. The hearing on the Order to Show Cause Re Preliminary Injunction shall be continued from June 15, 2007 at 9:00 a.m. to June 22, 2007 at 9:00 a.m.

     Except as expressly provided herein, the May 3, 2007 Stipulation and Order Re Temporary Restraining Order and Order to Show Cause For Preliminary Injunction shall remain in full force and effect.

No.: C07-002362 JSW      – 1 –

Stipulation And [Proposed] Order Modifying Schedule For Order to Show Cause Re Preliminary Injunction

DOCSSFO-12479520.1

DATED: May 23, 2007.

REED SMITH LLP

By   /s/ Scott D. Baker
     Scott D. Baker
     Jonah D. Mitchell
     Attorneys for Plaintiff Clear Channel Outdoor, Inc.

DATED: May 23, 2007.

LAW OFFICES OF MARK J. ROMEO

By   /s/ Mark J. Romeo
     Mark J. Romeo
     Attorneys for Defendant Shapy International, Inc.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 24, 2007.

*Jeffrey S White* (signature)
Honorable Jeffrey S. White
United States District Judge

No.: C07-002362 JSW                         – 2 –

Stipulation And [~~Proposed~~] Order Modifying Schedule For Order to Show Cause Re Preliminary Injunction

DOCSSFO-12479520.1