Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email: jmitchell@reedsmith.com
Alison B. Riddell (SBN 246120)
Email: ariddell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:   415.543.8700
Facsimile:    415.391.8269

Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHAPY INTERNATIONAL, INC., a California Corporation,<br><br>Defendant. | Case No. :  C07-002362 JSW<br><br>**SECOND STIPULATION AND ~~[PROPOSED]~~ ORDER ~~MODIFYING~~ SCHEDULE FOR ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>DENYING STIPULATION WITHOUT PREJUDICE |

No.: C07-002362 JSW

~~Second Stipulation And [Proposed] Order Modifying Schedule For Order to Show Cause Re Preliminary Injunction~~

1  The parties, by and through their undersigned counsel of record, hereby stipulate to
2  extend the deadline for Clear Channel to file and serve on Shapy's counsel its Reply Memorandum
3  and Affidavits in support of the Order to Show Cause Re Preliminary Injunction from June 4, 2007
4  to June 8, 2007. The parties seek this extension to accommodate a conflict in counsel's schedule.
5  The parties do not seek to modify any other dates and the hearing on the Order to Show Cause shall
6  remain on calendar for June 22, 2007 at 9:00 a.m.

8  Except as expressly provided herein, the May 3, 2007 Stipulation and Order Re
9  Temporary Restraining Order and Order to Show Cause For Preliminary Injunction shall remain in
10 full force and effect.

12 DATED: May 30, 2007.

   REED SMITH LLP

   By _____
   Scott D. Baker
   Jonah D. Mitchell
   Attorneys for Plaintiff Clear Channel Outdoor, Inc.

18 DATED: May 30, 2007.

   LAW OFFICES OF MARK J. ROMEO

   By _____
   Mark J. Romeo
   Attorneys for Defendant Shapy International, Inc.

No.: C07-002362 JSW                                   – 1 –
Second Stipulation And [Proposed] Order Modifying Schedule For Order to Show Cause Re Preliminary Injunction
DOCSSFO-12479520.2-JMITCHELL

## ORDER

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~
The request is DENIED WITHOUT PREJUDICE to a showing of good cause for the request.

DATED: May 31, 2007.

*[signature: Jeffrey S. White]*
Honorable Jeffrey S. White
United States District Judge

No.: C07-002362 JSW — 2 — Second Stipulation And [Proposed] Order Modifying Schedule For Order to Show Cause Re Preliminary Injunction

DOCSSFO-12479520.2-JMITCHELL