Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email: jmitchell@reedsmith.com
Alison B. Riddell (SBN 246120)
Email: ariddell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:   415.543.8700
Facsimile:    415.391.8269

Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHAPY INTERNATIONAL, INC., a California Corporation,<br><br>Defendant. | Case No. :  C07-002362 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE DISMISSAL** |

1  On June 22, 2007, the parties appeared before the Court and advised the Court that
2  they had reached a settlement. The Court set a deadline of July 13, 2007 for the parties to file
3  dismissal papers. The parties have exchanged the settlement documentation, but have not completed
4  the settlement agreement yet. Counsel for Plaintiff will be traveling out of the country during the
5  week of July 16. Accordingly, the parties request that the deadline to file dismissal papers be
6  continued to July 27, 2007.

DATED: July 13, 2007.

REED SMITH LLP

By_____/s/_____
   Scott D. Baker
   Jonah D. Mitchell
   Attorneys for Plaintiff
   Clear Channel Outdoor, Inc.

DATED: July 13, 2007.

LAW OFFICES OF MARK J. ROMEO

By_____/s/_____
   Mark J. Romeo
   Attorneys for Defendant
   Shapy International, Inc.

No.: C07-002362 JSW                                  – 1 –

Stipulation and [Proposed] Order Extending Deadline To File Dismissal

DOCSSFO-12484478.1-JMITCHELL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 13, 2007.

_____
Honorable Jeffrey S. White
United States District Judge

---

No.: C07-002362 JSW — 2 —

Stipulation and [Proposed] Order Extending Deadline To File Dismissal