Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email: jmitchell@reedsmith.com
Alison B. Riddell (SBN 246120)
Email: ariddell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

Mailing Address:
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SHAPY INTERNATIONAL, INC., a California Corporation, <br><br> Defendant. | Case No.: C07-002362 JSW <br><br> STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE |

1     The parties, by and through their undersigned counsel of record, hereby stipulate that
2 this action and all claims and counterclaims asserted therein are hereby dismissed with prejudice
3 pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own attorneys' fees
4 and costs in connection with this action.

6     DATED: ~~June~~ July 26, 2007.

    REED SMITH LLP

    By _____
    Scott D. Baker
    Jonah D. Mitchell
    Attorneys for Plaintiff
    Clear Channel Outdoor, Inc.

12     DATED: June 21, 2007.

    LAW OFFICES OF MARK J. ROMEO

    By _____
    Mark J. Romeo
    Attorneys for Defendant
    Shapy International, Inc.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 30, 2007.

*/s/ Jeffrey S. White*

Honorable Jeffrey S. White
United States District Judge